UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                  Case No.  07-cr-65-01-SM

<u>Noel Boufford</u>

<u>O R D E R</u>

Defendant Boufford's motion to continue the final pretrial conference and trial is granted  (document 18).   Trial has been rescheduled for the July 2007 trial period.   Defendant Boufford  shall file a waiver of speedy trial rights not later than June 15, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  June  27, 2007 at  2:30 p.m.

**Jury Selection**:  July 10,  2007 at 9:30 a.m.

SO ORDERED.

／s／ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

June 4, 2007

cc: James W. Dennehy, Esq.
    Mark Irish, AUSA
    US Probation
    US Marshal